IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Ronald Jason Cox, #23324-171, | C/A No. 1:20-cv-457-SAL |
| Petitioner, | |
| v. | **OPINION & ORDER** |
| Donna Smith, | |
| Respondent. | |

This matter is before the Court for review of the February 4, 2020 Report and Recommendation of United States Magistrate Judge Shiva V. Hodges (the "Report"), made in accordance with 28 U.S.C. § 636(b)(1)(B) and Local Civil Rule 73.02(B)(2)(c) (D.S.C.). [ECF No. 5.] In the Report, the Magistrate Judge recommends transferring the case to the United States District Court for the Eastern District of North Carolina. No party filed objections to the Report, and the time for response has lapsed.

The Magistrate Judge makes only a recommendation to this Court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with this Court. *See Mathews v. Weber*, 423 U.S. 261, 270–71 (1976). The Court is charged with making a de novo determination of only those portions of the Report that have been specifically objected to, and the Court may accept, reject, or modify the Report, in whole or in part. 28 U.S.C. § 636(b)(1). In the absence of objections, the Court is not required to provide an explanation for adopting the Report and must "only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (citing Fed. R. Civ. P. 72 advisory committee's note).

After a thorough review of the Report, the applicable law, and the record of this case in accordance with the above standard, the Court finds no clear error, adopts the Report, and incorporates the Report by reference herein. Accordingly, the above-captioned matter is hereby **TRANSFERRED** to the Eastern District of North Carolina.

    **IT IS SO ORDERED.**

/s/ Sherri A. Lydon
United States District Judge

March 10, 2020
Florence, South Carolina